Natural Carbonic Gas Company, Respondent, v. Mary E. Walsh, Appellant.— Order affirmed, with ten dollars costs and disbursements.— All concurred, except Spring, J., who dissented.

Oliver J. Benjamin, Appellant, v. Empire Produce Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs to abide event. All concurred.

Russell P. Yates, Respondent, v. Frances Yates, Appellant.— Order affirmed, without costs. All concurred.

Lucina Mason, Respondent, v. Ranslaer Williams and Carrie A. Williams, Appellants, Impleaded with Marie E. Kitts and Burritt B. Johnson.— Order affirmed, without costs, upon the sole ground that the court was justified in denying the motion on the ground that the plaintiff's attorney had made full disclosure as to his authority to commence the action. This affirmance is without prejudice to any application which may be made to determine the question of authority to commence or continue the action. All concurred.

John Mullin, Respondent, v. Genesee County Electric Light, Power and Gas Company, Appellant.— Judgment and order affirmed, with costs.— All concurred, except Williams and Robson, JJ., who dissented.

Nellie Vandenbout, as Administratrix, etc., of Marinus Vandenbout, Deceased, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground that as matter of law plaintiff's intestate was not shown to be free from contributory negligence.

George Raiber, Appellant, v. Lettie Raiber, Respondent.— Judgment affirmed, with costs. All concurred.

William A. Fight, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Samuel Shaw, Respondent, v. The City of Lockport, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the defendant was not shown guilty of actionable negligence.

Ira A. Bradford, Appellant, v. Hoffman Paper Company, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of his appeal. All concurred.

Mary Lounsbury, Appellant, v. The City of Syracuse, Respondent.— Order affirmed, with costs. All concurred.

Leslie G. Loomis and Leslie G. Loomis, Jr., as Copartners under the Firm Name of L. G. Loomis & Son, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Phillips Brothers Fruit Company, Respondent, v. Frank N. Isham, Appellant. — Judgment affirmed, with costs. All concurred.

Jacob M. Anthony, Appellant, v. Warren J. Abbott, as Executor, etc., of Juliet A. Anthony, Deceased, and the Syracuse Savings Bank, Respondents.— Judgment and order affirmed, with costs. All concurred.